**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2454**

---

STEVEN OWENS,

Plaintiff - Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior District Judge.  (CA-02-65)

---

Submitted:  April 30, 2004                    Decided:  May 25, 2004

---

Before WILKINSON, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven Owens, Appellant Pro Se.  Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Owens seeks review of the district court's order adopting the magistrate judge's recommendation to affirm the denial of Social Security disability income benefits pursuant to 20 C.F.R. § 404.1520(f) (2003). Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm the district court's order for the reasons stated by the district court and the magistrate judge. See Owens v. Comm'r of Soc. Sec., No. CA-02-65 (W.D. Va. Sept. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED